Lakshmi Jagannath, Esq. (027523)
Ross M. Mumme, Esq. (029956)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1, its assignees and/or successors, by and through its servicing agent MidFirst Bank

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Cathleen Ann Peterson aka Cathy Peterson and Thomas James McIntosh aka Tom McIntosh,<br><br>    Debtors<br>_____<br>HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1, its assignees and/or successors, by and through its servicing agent MidFirst Bank,<br><br>    Movant,<br>v.<br><br>Cathleen Ann Peterson and Thomas James McIntosh, Debtors; and Edward J. Maney, Chapter 13 Trustee,<br><br>    Respondents. | Case No. 2:17-bk-04317-EPB<br><br>Chapter 13<br><br>***EX PARTE* ORDER TERMINATING AUTOMATIC STAY AFTER DEFAULT UNDER ORDER APPROVING ADEQUATE PROTECTION STIPULATION** |

      HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1, its assignees and/or successors, by and through its

servicing agent MidFirst Bank ("Movant"), having filed a *Motion for Relief from the Automatic Stay*, found at Docket No. 14, with respect to the hereinafter-described property, and thereafter having filed an *Adequate Protection Stipulation*, found at Docket No. 28, with Cathleen Ann Peterson and Thomas James McIntosh ("Debtors") which was later approved by the Court with an *Order Approving Adequate Protection Stipulation*, found at Docket No. 31, with respect to the hereinafter-described property. After providing Debtors with notice of a default, which was not timely cured and with good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 1335 West Highland Street, Chandler, AZ 85224, and Movant, its assignees and/or successors in interest, may enforce remedies pursuant to state law and contractual documents.

**IT IS FURTHER ORDERED** that:

Movant's claim is no longer treated pursuant to 1322(b)(5) and thus, Fed. Rule Bank. P. 3002.1 no longer applies in the instant case.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse.

ORDER SIGNED AND DATED ON PAGE ONE